**Charles HARRIS, Movant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 74631.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., CRANDALL and AHRENS, J.J.

*O R D E R*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. We have reviewed the record and find that an extended opinion would have no precedential value. The judgment of the motion court is affirmed in accordance with Rule 84.16(b).